PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| EVA OCHOA, obo J.Y., | ) Civil No. 1:21-cv-01133-EPG |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER FOR ) VOLUNTARY REMAND |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) (ECF No. 17) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Date: <u>September 26, 2022</u>         PEÑA & BROMBERG, PLC

By:     <u>/s/ Caspar Chan for Jonathan Pena*</u>
JONATHAN PENA
*Authorized by email on September 26, 2022*
Attorneys for Plaintiff

Date: <u>September 26, 2022</u>         PHILIP A. TALBERT
United States Attorney
Eastern District of California

By:     <u>/s/ Caspar Chan</u>
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (ECF No. 17), and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of the Court is respectfully directed to enter a judgment in favor of Plaintiff and against Defendant.

IT IS SO ORDERED.

Dated: **September 26, 2022**         /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE